# EXHIBIT A

**Redbubble Infringements**

| | Tomelleri Image | Copyright | Registered | Registered Publication | Tomelleri Image as published (Redbubble.com) |
|---|---|---|---|---|---|
| 1 | Chinook salmon, male | VA 1 163 619 | 11/5/2002 | Trout and Salmon of North America | Chinook Salmon — *Oncorhynchus tshawytscha* |
| 2 | Brown trout | VA 1 163 619 | 11/5/2002 | Trout and Salmon of North America | Brown Trout — *Salmo trutta* |
| 3 | Pink salmon | VA 1 163 619 | 11/5/2002 | Trout and Salmon of North America | Pink Salmon |
| 4 | Rainbow trout | VA 1 163 619 | 11/5/2002 | Trout and Salmon of North America | Coastal Rainbow Trout — *Oncorhynchus mykiss irideus* |
| 5 | Bluegill | VA 1779644 | 6/20/2011 | bluegill print | Bluegill — *Lepomis macrochirus*, Male |
| 6 | Steelhead, male | VA 998-415 | 9/16/1999 | Trout Collector Folio | South Fork Salmon River Steelhead — *Oncorhynchus mykiss* |
| 7 | Sockeye Salmon | VA 1 163 619 | 11/5/2002 | Trout and Salmon of North America | Sockeye Salmon — *Oncorhynchus nerka* |

| # | Name | Registration | Date | Source |
|---|------|--------------|------|--------|
| 8 | Brook trout | VA 998-415 | 9/16/1999 | Trout Collector Folio |
| 9 | striped bass | VA 1 799485 | 5/26/2011 | Fishes of Alabama |
| 10 | redear sunfish | TX 3 082429 | 5/2/1991 | Fishes of the Central United States |
| 11 | Largemouth bass | TX 3 082429 | 5/2/1991 | Fishes of the Central United States |
| 12 | Redspotted sunfish | VA 1 799485 | 5/26/2011 | Fishes of Alabama |
| 13 | Largemouth bass 2000 | VA 1 673790 | 5/6/2009 | The Great Minnesota Fish Book |

| # | Title | Registration | Date | Source |
|---|---|---|---|---|
| 14 | Bluegill, spawning male | TX 3 082429 | 5/2/1991 | Fishes of the Central United States |
| 15 | Walleye 3 | VA 2 116913 | 1/26/2018 | art print |
| 16 | Northern pike | TX 3 082429 | 5/2/1991 | Fishes of the Central United States |
| 17 | Channel catfish | VA 1 799485 | 5/26/2011 | Fishes of Alabama |
| 18 | Smallmouth bass | VA 1 673790 | 5/6/2009 | The Great Minnesota Fish Book |
| 19 | Chinook salmon | VA 998-415 | 9/16/1999 | Trout Collector Folio |
| 20 | Spotted bass | VA 1 799485 | 5/26/2011 | Fishes of Alabama |

| # | Name | Registration | Date | Source |
|---|---|---|---|---|
| 21 | Wiper | TX 3 082429 | 5/2/1991 | Fishes of the Central United States |
| 22 | White bass | TX 3 082429 | 5/2/1991 | Fishes of the Central United States |
| 23 | Red drum | VA 1 931627 | 9/5/2014 | Fine Art print |
| 24 | Lahontan cutthroat | VA 1 827025 | 2/1/2012 | Sierra Trout Guide |
| 25 | Black bullhead | TX 3 082429 | 5/2/1991 | Fishes of the Central United States |
| 26 | Florida Largemouth bass | TX 3 082429 | 5/2/1991 | Fishes of the Central United States |

107. Wiper, p. 164
*Morone saxatilis* × *Morone chrysops*

106. White bass, p. 163
*Morone chrysops*

82. Black bullhead, p. 117
*Ictalurus melas*

112. Florida largemouth bass, p. 169
*Micropterus salmoides floridanus*

| # | Name | Registration | Date | Source |
|---|---|---|---|---|
| 27 | Golden Trout | VA 998-415 | 9/16/1999 | Trout Collector Folio |
| 28 | White sturgeon | VA 1 799775 | 6/17/2011 | Inland Fishes of California |
| 29 | Muskellunge | TX 3 082429 | 5/2/1991 | Fishes of the Central United States |
| 30 | Walleye male | VA 1 673790 | 5/6/2009 | The Great Minnesota Fish Book |
| 31 | Skull Creek Redband | VA 998-415 | 9/16/1999 | Trout Collector Folio |
| 32 | Bull trout | VA 1 163 619 | 11/5/2002 | Trout and Salmon of North America |
| 33 | Colorado River Cutthroat trout | VA 1 163 619 | 11/5/2002 | Trout and Salmon of North America |

| # | Name | Registration | Date | Source |
|---|---|---|---|---|
| 34 | Flathead catfish | TX 3 082429 | 5/2/1991 | Fishes of the Central United States |
| 35 | Yellowstone cutthroat trout | VA 998-415 | 9/16/1999 | Trout Collector Folio |
| 36 | Arctic grayling | VA 1 163 619 | 11/5/2002 | Trout and Salmon of North America |
| 37 | Westslope cutthroat trout | VA 1 163 619 | 11/5/2002 | Trout and Salmon of North America |
| 38 | Snake River cutthroat trout | VA 1 163 619 | 11/5/2002 | Trout and Salmon of North America |
| 39 | Utah sucker | VA 1 783041 | 6/17/2011 | Fishes of Utah |

| 40 | Rock bass | VA 1 673790 | 5/6/2009 | The Great Minnesota Fish Book |
| 41 | Longnose sucker | TX 3 082429 | 5/2/1991 | Fishes of the Central United States |
| 42 | Muskellunge (Tennessee) | Vau 1-233-325 | 4/23/2014 | Pre-registered |
| 43 | Brook trout female | VA 1 163 619 | 11/5/2002 | Trout and Salmon of North America |
| 44 | Little Kern Golden trout | VA 1 827025 | 2/1/2012 | Sierra Trout Guide |
| 45 | Kokanee male | VA 1 783041 | 6/17/2011 | Fishes of Utah |

| # | Title | Reg. No. | Date | Source |
|---|---|---|---|---|
| 46 | Smallmouth buffalo | VA 1 799485 | 5/26/2011 | Fishes of Alabama |
| 47 | White Crappie | VA 1 799485 | 5/26/2011 | Fishes of Alabama |
| 48 | Yellowstone cutthroat #2 | VA 1 799888 | 9/28/2011 | Fishes of the Central U.S., 2nd ed. |
| 49 | Apache trout | VA 1 163 619 | 11/5/2002 | Trout and Salmon of North America |
| 50 | Black Crappie | TX 3 082429 | 5/2/1991 | Fishes of the Central United States |
| 51 | Cypress Minnow | VA 1 799485 | 5/26/2011 | Fishes of Alabama |