UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br>　　　　　Plaintiff,<br>　　v.<br>REDBUBBLE, INC.,<br>　　　　　Defendant. | Case No. 4:20-cv-05879-KAW<br><br>ORDER TERMINATING MOTION TO DISMISS<br><br>Re: Dkt. No. 15 |

　　　　On January 19, 2021, Defendant Redbubble, Inc. filed a motion to dismiss Plaintiff Tomelleri's initial complaint. (Dkt. No. 15.) On February 2, 2021, Plaintiff filed an amended complaint. (Dkt. No. 20.)

　　　　Under Rule 15(a)(1)(B), a party may amend its pleading once as a matter of course within 21 days of being served with a motion under Rule 12(b). The amended complaint was filed fewer than 21 days after service of the 12(b)(6) motion. Accordingly, the Court TERMINATES the pending motion to dismiss, as the operative complaint is now the amended complaint.

　　　　IT IS SO ORDERED.

Dated: February 4, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge