STEVEN H. MUSTOE (*pro hac vice*)
SCOTT J. STROHM (*pro hac vice*)
**EVANS & DIXON, LLC**
10851 Mastin Boulevard, Suite 900
Overland Park, KS 66210
Telephone: 913.701.6810 | F: 913.341.2293
copyright@evans-dixon.com

R. JEREMY ADAMSON (Bar No. 251380)
**KUNZLER BEAN & ADAMSON, PC**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (619) 365-9110
jadamson@kba.law

*Attorneys for Plaintiff Joseph Tomelleri*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE, INC., et. al.<br><br>Defendants. | No.  4:20-cv-5879-KAW<br><br>**EXHIBIT B – PART 1 OF 3 TO FIRST AMENDED COMPLAINT [DOC. 20]** |

Dated: February 4, 2021

Respectfully submitted,

**EVANS & DIXON, LLC**

/s/ Scott J. Strohm
SCOTT J. STROHM (admitted *pro hac vice*)

*Attorney for Plaintiff Joseph Tomelleri*

1

**EXHIBIT B – PART 1 OF 3 TO FIRST AMENDED COMPLAINT [DOC. 20]**

# EXHIBIT B

# -

# 1



Art Print

Photographic Print

Canvas Print

Poster

## Home Decor

Acrylic Block

Throw Pillow

## Bags

Drawstring Bag

Tote Bag

## Stationery

Greeting Card



# EXHIBIT B

## -

## 2

**FlyLifeApparel**
39 designs

# Trout Species Dish Graphic

by FlyLifeApparel

All your favorite trout in one graphic!











REDBUBBLE

Clothing    Stickers    Masks    Phone Cases    Wall Art    Home & Living    Kids & Babies    Accessories    Stationery    Gifts    Explore designs

Search designs and products

FlyLifeApparel
39 designs

# Trout Species Dish Graphic

by FlyLifeApparel

All your favorite trout in one graphic!

Shop 35 products

Comments



Get 20% **off.** Do your dorm proud. Use DREAMDORM20

## REDBUBBLE

Men's    Women's    Kids & Babies    Device Cases    Stickers    Wall Art    Home Decor    Stationery    Bags    Gift Certificates

Search products, artworks and themes

Sell Your Art    Log In    Sign Up

### Three Breeds of Trout

Women's Fitted V-Neck T-Shirts

**Clothing Style:**

Women's Fitted V-Neck

Print on Front    Print on Back

S   M   L   XL   2XL

**$29.50**

Add to Cart

Delivers to United States

4 August (Express)

4 - 8 August (Standard)

PRODUCT INFO    PRODUCT REVIEWS (18)    AVAILABLE PRODUCTS 51    ARTIST NOTES

**thatstickerguy**
EAST LIVERPOOL, UNITED STATES

FOLLOW



Redbubble Ltd [AU]   https://www.redbubble.com/people/thatstickerguy/works/22821542-three-breeds-of-trout?grid_pos=129&p=womens-fitted-v-neck&rbs=e007852a-5a63-4c73-9c48-3c40fbef89b...

Amazon.com: Prime...   Anna Wetherill Mason   SMITHSONIAN MIS...   Control Panel :: Ad...   Ronald Moore's Art...   Digital Map of Mexi...   Trout 101   scholarship.law.mar...   Antiques Roadshow...

## Home Decor

Art Print

Wall Tapestry

Photographic Print

Acrylic Block

Canvas Print

Mug

Poster

Throw Pillow

## Bags

Drawstring Bag

Studio Pouch

Tote Bag

## Stationery

Hardcover Journal

Spiral Notebook

Greeting Card

Sticker







# EXHIBIT B

## -

## 3

Get 20% off. Do your dorm proud. Use DREAMDORM20

# REDBUBBLE

Men's  Women's  Kids & Babies  Device Cases  Stickers  Wall Art  Home Decor  Stationery  Bags  Gift Certificates

Log in  Sign Up

## Salmon
Stickers

Small (4.0" × 1.9")

PRODUCT INFO
*i*

PRODUCT REVIEWS (23)

AVAILABLE PRODUCTS
31

ARTIST NOTES

Yvonneyuhan
JOINED JANUARY 2018

FOLLOW

Redbubble Ltd [AU]   https://www.redbubble.com/people/yvonneyuhan/works/20739003-salmon?grid_pos=3&p=sticker&rbs=3&rbs=3193f2b1-8fdf-4a40-8681-aad937da89808ref=shop_grid

Amazon.com: Prime...   Anna Wetherill Mason   SMITHSONIAN MIS...   Control Panel :: Ad...   Digital Map of Mexi...   Ronald Moore's Art...   Trout 101   scholarship.law.mar...   Antiques Roadshow...

JOINED JANUARY 2016          INFO          REVIEWS (231)          PRODUCTS          NOTES

FOLLOW

i          ★★★★☆          31          ☰

## Apparel

Unisex T-Shirt

Women's T-Shirt

Lightweight Hoodie

Hoodie (Pullover)

## Cases & Skins

iPhone Case/Skin

Samsung Galaxy Case/Skin

iPad Case/Skin

Laptop Skin

## Home Decor

Throw Pillow

Mug

Redbubble Ltd [AU]   https://www.redbubble.com/people/yvonneyuhan/works/20739003-salmon?grid_pos=3&p=sticker&rbs=3f93f2b1-8fdf-4a40-8681-aad937da89808ref=shop_grid

Amazon.com: Prime...   Anna Wetherill Mason   SMITHSONIAN MIS...   Control Panel :: Ad...   Digital Map of Mexi...   Ronald Moore's Art...   Trout 101   scholarship.law.mar...   Antiques Roadshow...



Throw Pillow

Mug

Bags

Drawstring Bag

Studio Pouch

Tote Bag

Stationery

Hardcover Journal

Spiral Notebook

Sticker

You might also like...






# EXHIBIT B

## -

## 4









Redbubble Ltd [AU] https://www.redbubble.com/people/thatstickerguy/works/22821542-three-breeds-of-trout?grid_pos=129&p=womens-fitted-v-neck&rbs=e0078852a-5a63-4c73-9c48-3c40fbef0b89b...

Get 20% off. Do your dorm proud. Use DREAMDORM20

## REDBUBBLE

Men's   Women's   Kids & Babies   Device Cases   Stickers   Wall Art   Home Decor   Stationery   Bags   Gift Certificates

Search products, artworks and themes

Sell Your Art   Log In   Sign Up

### Three Breeds of Trout
Women's Fitted V-Neck T-Shirts

**Clothing Style:**

Women's Fitted V-Neck

Print on Front   Print on Back

S   M   L   XL   2XL

**$29.50**

Add to Cart

Delivers to United States

4 August (Express)
4 - 8 August (Standard)

PRODUCT INFO   *i*

PRODUCT REVIEWS (18)   ★★★☆☆

AVAILABLE PRODUCTS   **51**

ARTIST NOTES

thatstickerguy
EAST LIVERPOOL, UNITED STATES

FOLLOW



Redbubble Ltd [AU]   https://www.redbubble.com/people/thatstickerguy/works/22821542-three-breeds-of-trout?grid_pos=129&p=womens-fitted-v-neck&rbs=e007852a-5a63-4c73-9c48-3c40fbef8b89b...

Amazon.com: Prime...   Anna Wetherill Mason   SMITHSONIAN MIS...   Control Panel :: Ad...   Ronald Moore's Art...   Digital Map of Mexi...   Trout 101   scholarship.law.mar...   Antiques Roadshow...

## Home Decor





Art Print

Photographic Print

Canvas Print

Poster

Wall Tapestry




Acrylic Block

Mug

Throw Pillow

## Bags




Drawstring Bag

Studio Pouch

Tote Bag

## Stationery



Hardcover Journal

Spiral Notebook

Greeting Card

Sticker







# EXHIBIT B

# -

# 5







Home Decor

Poster

Canvas Print

Photographic Print

Art Board

Throw Pillow

Clock

Acrylic Block

Bags

Tote Bag

Stationery

Greeting Card

Sticker

Funny Bluegill Brim Fishing Freshwater Fish Gift

Funny Bluegill Brim Fishing Freshwater Fish Gift



























# EXHIBIT B

## -

## 6



Apparel

Unisex T-Shirt

Women's T-Shirt

Lightweight Hoodie

Hoodie (Pullover)

Cases & Skins

Laptop Skin

Laptop Sleeve

Wall Art

Poster

Canvas Print

Photographic Print

Art Board

Home Decor





# EXHIBIT B

-

7





















C △ 🔒 Secure | https://ih1.redbubble.net/image.403234965.9495/raf,750x1000,075,t,fafafa:ca443f4786.u2.jpg   ☆

🏛 Terrible Movies    a Amazon.com: Prime...    🗋 Anna Wetherill Mason    🗋 gwXyrauchen-texan...    G SMITHSONIAN MISC...    »    📁 Other Bookmarks







← → C ⌂ 🔒 Redbubble Ltd [AU] | https://www.redbubble.com/people/ninuno/works/27329495-by-your-side?p=me... ☆

▥ Terrible Movies   a Amazon.com: Prime...   ▢ Anna Wetherill Mason   ▢ gwXyrauchen-texan...   G SMITHSONIAN MISC...   » ▢ Other Bookmar

Art's better when it's adhesive. Get 10 <u>stickers</u>, save 50%.                    Sell your art   Login   Signup

**REDBUBBLE**          Find your thing                                    🔍   🛒

+1 color

### Graphic T-Shirt

By Your Side by NINUNO

## $29.50

XS    S    M    L    XL    2XL    *i*

**Add to cart**

🇺🇸 **Delivery**
Express by 28 November
Standard between 29 November - 1 December

## Features

- Front panel is edge-to-edge custom printed just for you

- Sublimation transfer technique prints crisp, bold colors

- Note that due to the production process, the placement of the print may vary slightly from the preview

- Printed front panel is 96% Polyester / 4% Spandex. Plain color back panel, sleeves and neck bind are 100% Cotton

- Graphic T-shirts feature your chosen design, by an independent artist

## Reviews

★★★★★
★★★★☆
★★★☆☆
★★☆☆☆
★☆☆☆☆

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**URL:** URL of image on the web

*or...*

**File:** Choose File   No file chosen

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required.   Send a gift via PayPal , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

View Image Data

You are viewing information about an image hosted at **ih1.redbubble.net**.

The information-display site you are viewing now (**exif.regex.info**) is unrelated to **ih1.redbubble.net**, and is merely displaying information about the image hosted at **ih1.redbubble.net**. If you have questions or concerns about the image, please contact the administrator of **ih1.redbubble.net**, as that is where the image is actually hosted.

If you have questions about *this tool*, please see the FAQ.

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

## Basic Image Information

Target image: https://ih1.redbubble.net/image.403234965.9495/raf,750x1000,075,t,black:u2.jpg

| Copyright: | © NINUNO - http://www.redbubble.com/people/ninun |
|---|---|
| File: | 750 × 1,000 JPEG<br>40,522 bytes (40 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile; Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

 Main image displayed here at 60% width (36% the area of the original)

Click image to isolate; click this text to show histogram

← → C ⌂   🔒 Redbubble Ltd [AU] | https://www.redbubble.com/people/ninuno/works/27329495-by-your-side?grid_p...  ☆

▥ Terrible Movies   a Amazon.com: Prime...   🗋 Anna Wetherill Mason   🗋 gwXyrauchen-texan...   G SMITHSONIAN MISC...   »  ▢ Other Bookmark

Art's better when it's adhesive. Get 10 stickers, save 50%.                    Sell your art   Login   Signup

## 🅱 REDBUBBLE

Find your thing 🔍 🛒



+ 17 colors

### Unisex T-Shirt

By Your Side by **NINUNO**

## $19.50

S     M     L     XL     2XL     3XL     *i*

**Add to cart**

🇺🇸 **Delivery**

Express by 28 November
Standard between 28 - 30 November

## Features

- Plain color t-shirts are 100% Cotton, Heather Grey is 90% Cotton/10% Polyester, Charcoal Heather is 52% Cotton/48% Polyester

- Ethically sourced

- Slim fit, but if that's not your thing, order a size up

- 4.2oz/145g, but if that's too light, try our heavier classic tee.

## Reviews

★★★★★
★★★★☆
★★★☆☆
★★☆☆☆
★☆☆☆☆

+ Read all 150 reviews



## By Your Side

Art Boards

Size:

6 × 6 (inches)

$9.75

**Buy any 3 and get 15% off.**
Buy any 6 and get 20% off.

**Add to Cart**

**Delivery**
Express by 31 October
Standard between 1 - 5 November

Redbubble Ltd [AU]   https://www.redbubble.com/people/ninuno/works/26804764-grizzly-temptations?grid_pos=688p=sticker&rbs=7ec53694-77fd-48b7-8e98-d28f3e1eda45&ref=products,

Amazon.com: Prime...   Anna Wetherill Mason   SMITHSONIAN MIS...   Control Panel :: Ad...   Digital Map of Mexi...   Ronald Moore's Art...   Trout 101   scholarship.law.mar...   Antiques Roac



Bags

Drawstring Bag

Studio Pouch

Tote Bag

Stationery

Hardcover Journal

Spiral Notebook

Greeting Card

Sticker

You might also like...











Redbubble Ltd [AU]  https://www.redbubble.com/people/ninuno/works/26804764-grizzly-temptations?grid_pos=68&p=sticker&rbs=7ec53694-77fd-48a7-8e98-d28f3e1eda45&ref=products.grid
Amazon.com: Prime...  Anna Wetherill Mason  SMITHSONIAN MIS...  Control Panel :: Ad...  Digital Map of Mexi...  Trout 101  Ronald Moore's Art...  Ronald Moore's Art...  scholarship.law.mar...  Antiques Roadshow...
Get 20% off. Do your dorm proud. Use DREAMDORM20

# REDBUBBLE

Men's   Women's   Kids & Babies   Device Cases   Stickers   Wall Art   Home Decor   Stationery   Bags   Gift Certificates

Sell Your Art   Log In   Sign Up

Search products, artworks and themes

### Grizzly Temptations

Stickers

Size:

Small (3.1" x 3.0")

$2.91

*Buy any 4 and get 25% off, buy any 10 and get 50% off*

**Add to Cart**

Delivers to United States

4 August (Express)
7 - 9 August (Standard)

PRODUCT INFO   *i*

PRODUCT REVIEWS (231)   ★★★★

AVAILABLE PRODUCTS   **53**

ARTIST NOTES

**NINUNO**
LEXINGTON, UNITED STATES

FOLLOW

Apparel







# EXHIBIT B

# -

# 8



Get **20% off**. Do your dorm proud. Use **DREAMDORM20**

Sell Your Art   Log In   Sign Up

## REDBUBBLE

Men's   Women's   Kids & Babies   Device Cases   Stickers   Wall Art   Home Decor   Stationery   Bags   Gift Certificates

Search products, artworks and themes

### Three Breeds of Trout
Women's Fitted V-Neck T-Shirts

**Clothing Style:**

Women's Fitted V-Neck

Print on Front   Print on Back

S   M   L   XL   2XL

**$29.50**

Add to Cart

Delivers to United States

4 August (Express)
4 – 8 August (Standard)

PRODUCT INFO
i

PRODUCT REVIEWS (18)
★★★☆☆

AVAILABLE PRODUCTS
51

ARTIST NOTES

**thatstickerguy**
EAST LIVERPOOL, UNITED STATES

FOLLOW



Redbubble Ltd [AU]   https://www.redbubble.com/people/thatstickerguy/works/22821542-three-breeds-of-trout?grid_pos=129&p=womens-fitted-v-neck&rbs=e007852a-5a63-4c73-9c48-3c40fbef89b...
Amazon.com: Prime...   Anna Wetherill Mason   SMITHSONIAN MIS...   Control Panel :: Ad...   Ronald Moore's Art...   Digital Map of Mexi...   Trout 101   scholarship.law.mar...   Antiques Roadshow...

## Home Decor

Art Print

Photographic Print

Canvas Print

Poster

Wall Tapestry

Acrylic Block

Mug

Throw Pillow

## Bags

Drawstring Bag

Studio Pouch

Tote Bag

## Stationery

Hardcover Journal

Spiral Notebook

Greeting Card

Sticker







# EXHIBIT B

# -

# 9





































BASS FISH

Metal Prints

Smallmouth

Striped

White-striped
hybrid

Largemouth

Spotted

White

Features

* Available in both High Gloss and Satin
* Gently rounded corners
* Cleanable surface
* Lightweight aluminium is literally infused with the chosen artwork

Sizing Information





## BASS FISH

iPad Cases & Skins

Styles:

iPad Retina/3/2 - Snap Case ▸

$45.00

Add to Cart

Delivery
Express by 15 November
Standard between 15 - 19 November



## BASS FISH

Cases & Skins for Samsung Galaxy

Model:

Samsung Galaxy S9

Snap | Tough

$25.00

Add to Cart

**Delivery**
Express by 15 November
Standard between 15 - 19 November



Redbubble Ltd [AU] | https://www.redbubble.com/people/talldriver/works/32793394-bass-fish?grid_pos=308&p=metal-print&rbs=a3e097ed-b6e2-43b7-9201-d34d78884bd8&ref=artist_shop_grid

ies    a Amazon.com: Pri...   Anna Wetherill Ma...   gwXyrauchen-tex...   SMITHSONIAN Mi...   Control Panel :: A...   gwOncorhynchus...   Digital Map of Me...   Ronald Moore's Ar...

30% off select tees & hoodies. Perfect for holiday par-tee season. Use 30TODAY by 11:59pm.    Sell Your Art   Log In   Sign Up

REDBUBBLE      Find your thing

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

## BASS FISH
Metal Prints

Size:

Extra Small (15.4" x 12.0") ▼

Finish:

Gloss ▼

**$58**.00

**Add to Cart**

🇫🇷 Delivery
Express by 15 November
Standard between 16 – 20 November

PRODUCT
INFO
*i*

PRODUCT
REVIEWS (6)
★★★★★

AVAILABLE
PRODUCTS
**29**

ARTIST
NOTES

TALLDRIVER
JOINED JULY 2018

FOLLOW

## Features

* Available in both High Gloss and Satin
* Gently rounded corners
* Cleanable surface
* Lightweight aluminum is literally infused with the chosen artwork

Sizing Information



X large
34.3" x 26.7"

Large
30.6" x 24.0"

Medium
20.7" x 20.0"

Small
20.6" x 16.0"

X small
15.4" x 12.0"









# EXHIBIT B

# -

# 10





# EXHIBIT B

# -

# 11



























BASS FISH
Metal Prints

Smallmouth

Spotted

Striped

White

White-striped hybrid

Largemouth

REDBUBBLE   Find your thing

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

Features
* Available in both High Gloss and Satin
* Gently rounded corners
* Cleanable surface
* Lightweight aluminum is literally infused with the chosen artwork

Sizing Information







Redbubble Ltd [AU] | https://www.redbubble.com/people/talldriver/works/32793394-bass-fish?grid_pos=308&p=tapestry&rbs=a3af89bd-c10e-42fb-a6e8-07f686f0c01b&ref=artist_shop_grid

Amazon.com: Pri...   Anna Wetherill Ma...   gwXyrauchen-tex...   SMITHSONIAN Mi...   Control Panel :: A...   gwOrcorhynchus...   Digital Map of Me...   Ronald Moore's Ar...

30% off select tees & hoodies. Perfect for holiday par-tee season. Use 30TODAY by 11:59pm.

## REDBUBBLE

Find your thing

Sell Your Art    Log In    Sign Up

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

### BASS FISH
Wall Tapestries

SIZE:
Small (60" x 51")

$30.90

Add to Cart

Delivery
Express by 16 November
Standard between 16 - 20 November

PRODUCT INFO
i

PRODUCT REVIEWS (15)
★★★★☆

AVAILABLE PRODUCTS
29

ARTIST NOTES

TALLDRIVER
JOINED JULY 2018
FOLLOW

## Features

- 100% lightweight polyester
- Printed top, finished edge, fine line detail and intense vivid colours
- Cold gentle machine wash, line or tumble dry on low, don't bleach or iron
- Call it a wall tapestry or a wall hanging, it's awesome either way

## Sizing Information





Redbubble Ltd [AU] | https://www.redbubble.com/people/talldriver/works/32793394-bass-fish?grid_pos=308p=metal-print&rbs=a3e097ed-b6e2-43b7-9201-d34d78884bd8&ref=artist_shop_grid

30% off select tees & hoodies. Perfect for holiday par-tee season. Use 30TODAY by 11:59pm.

Sell Your Art    Log In    Sign Up

# REDBUBBLE

Find your thing

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

## BASS FISH
Metal Prints

Size:

Extra Small (15.4" x 12.0")  ▼

Finish:

Gloss  ▼

$58.00

Add to Cart

🚚 Delivery
Express by 15 November
Standard between 16 – 20 November

PRODUCT
INFO
i

PRODUCT
REVIEWS (6)
★★★★★

AVAILABLE
PRODUCTS
29

ARTIST
NOTES

TALLDRIVER
JOINED JULY 2018

FOLLOW

## Features

* Available in both High Gloss and Satin
* Gently rounded corners
* Cleanable surface
* Lightweight aluminum is literally infused with the chosen artwork

Sizing Information

X large  34.6" x 26.7"
Large  34.6" x 24.0"
Medium  29.7" x 20.0"
Small  20.6" x 16.0"
X small  15.4" x 12.0"







1

2

## <u>CERTIFICATE OF SERVICE</u>

3

The undersigned counsel hereby certifies that the foregoing was filed electronically using the

4

Court's CM/ECF on February 4, 2021, which generates notice to all parties of record.

5

6

/s/ Scott J. Strohm

7

Scott J. Strohm

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT B – PART 1 OF 3 TO FIRST AMENDED COMPLAINT [DOC. 20]**