STEVEN H. MUSTOE (*pro hac vice*)
SCOTT J. STROHM (*pro hac vice*)
**EVANS & DIXON, LLC**
10851 Mastin Boulevard, Suite 900
Overland Park, KS 66210
Telephone: 913.701.6810 | F: 913.341.2293
copyright@evans-dixon.com

R. JEREMY ADAMSON (Bar No. 251380)
**KUNZLER BEAN & ADAMSON, PC**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (619) 365-9110
jadamson@kba.law

*Attorneys for Plaintiff Joseph Tomelleri*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE, INC., et. al.<br><br>Defendants. | No.  4:20-cv-5879-KAW<br><br>**EXHIBIT B – PART 2 OF 3 TO FIRST AMENDED COMPLAINT [DOC. 20]** |

Dated: February 4, 2021

Respectfully submitted,

**EVANS & DIXON, LLC**

/s/ Scott J. Strohm
SCOTT J. STROHM (admitted *pro hac vice*)

*Attorney for Plaintiff Joseph Tomelleri*

1

**EXHIBIT B – PART 2 OF 3 TO FIRST AMENDED COMPLAINT [DOC. 20]**

# EXHIBIT B

## -

## 12







# EXHIBIT B

## -

## 13



















# EXHIBIT B

## -

## 14

Redbubble Ltd [AU] | https://www.redbubble.com/people/jameslimborg/works/29258642-fishing-shirt-fish-chasing-minn...













Men's   Women's   Kids & Babies   Device Cases   Stickers   Wall Art   Home Decor   Stationery   Bags   Gifts

REDBUBBLE

Search products, artworks and themes

Log In   Sign Up

Fishing Shirt, Fish Chasing Minnow

Duvet Covers

Size:

Twin (68" × 88")

$86.00

Add to Cart

Delivery
Express by 9 February
Standard between 9 - 13 February

← C ⟳ 🔒 Redbubble Ltd [AU] https://www.redbubble.com/people/jameslimborg/works/29258642-fishing-shirt-fish-chasing-minn... ☆

Terrible Movies   Amazon.com: Prime...   Anna Wetherill Mason   gwXyrauchen-texan...   SMITHSONIAN MISC...   Control Panel :: Admi...   » Other Bookmar



# EXHIBIT B

# -

# 15

3 / 3
















# EXHIBIT B

# -

# 16















## Fishing Shirt, Fish Chasing Minnow

Duvet Covers

Size:

Twin (68" × 88")

$86.00

Add to Cart

Delivery
Express by 9 February
Standard between 9 - 13 February

3 / 6



# EXHIBIT B

# -

# 17

← → C ↻ 🔒 Redbubble Ltd [AU] | https://www.redbubble.com/people/jameslimborg/works/29258642-fishing-shirt-fish-chasing-minn... ☆

🏛 Terrible Movies   a Amazon.com: Prime...   🗋 Anna Wetherill Mason   🗋 gwXyrauchen-texan...   G SMITHSONIAN MISC...   🗋 Control Panel :: Admi...   »   ▢ Other Bookmark

3 / 3













Redbubble Ltd [AU] | https://www.redbubble.com/people/jameslimborg/works/29258642-fishing-shirt-fish-chasing-minnow?cat_context=u-decor&grid_pos=16&p=duvet-cover&rbs=8za95291-7f2d-416b-80f1-...

Amazon.com: Prime...    Anna Wetherill Mason    gwXyrauchen-texan...    SMITHSONIAN MISC...    Control Panel :: Admi...    gwOncorhynchus-ag...    Digital Map of Mexic...    Ronald Moore's Artw...    Trout 101

Log In   Sign Up

## REDBUBBLE

Men's   Women's   Kids & Babies   Device Cases   Stickers   Wall Art   Home Decor   Stationery   Bags   Gifts

Search products, artworks and themes

### Fishing Shirt, Fish Chasing Minnow

Duvet Covers

Size:

Twin (68" × 88")   ▶

$86.00

**Add to Cart**

🇫🇷 Delivery
Express by 9 February
Standard between 9 - 13 February





# EXHIBIT B

# -

# 18

I believe in catch and release. In other words, you can't spend the night.

Designed by allarddavid

Ideal gift for someone you know that loves fishing.

## Also available on



Unisex T-Shirt
$19.50



Tri-blend T-Shirt
$27.50



Graphic T-Shirt
$29.50



Pullover Hoodie
$45.00

Available on +53 products

## Classic T-Shirt

I believe in catch and release. In other words, you can't spend the night. by allarddavid

### $19.50

S   M   L   XL   2XL   3XL

**Add to cart**

**Delivery**

Express by 23 March
Standard between 23 - 27 March

















































BASS FISH

Metal Prints

Smallmouth

Striped

White-striped
hybrid

Largemouth

Spotted

White

REDBUBBLE    Find your thing

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

Features

• Available in both High Gloss and Satin
• Gently rounded corners
• Cleanable surface
• Lightweight aluminium is literally infused with the chosen artwork

Sizing Information



30% off select tees & hoodies. Perfect for holiday par-tee season. Use 30TODAY by 11:59pm.

# REDBUBBLE

Find your thing

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

Sell Your Art   Log In   Sign Up

Kids T-Shirts
Baby T-Shirts
Baby One-Pieces
All Kids Clothes

## BASS FISH

Art Prints

Small (16" x 12")

$20.00

Buy any 2 and get 15% off.

Add to Cart

Delivery
Express by 15 November
Standard between 16 – 20 November

TALLDRIVER
JOINED JULY 2018

FOLLOW

PRODUCT
INFO
*i*

PRODUCT
REVIEWS (15)
★★★★★

AVAILABLE
PRODUCTS
29

ARTIST
NOTES

## Features

* Custom sized prints (with various border widths)
* Gallery quality vibrant colours
* Lightly textured 100% cotton paper
* Refer to size chart for dimensions if self framing

## Paper Sizing Information

X large
32" x 24"

Large
24" x 18"

Medium
20" x 16"

Small
16" x 12"













REDBUBBLE

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

Find your thing

Sell Your Art   Log In   Sign Up

30% off select tees & hoodies. Perfect for holiday par-tee season. Use 30TODAY by 11:59pm.

**BASS FISH**
Metal Prints

Size:
Extra Small (15.4" x 12.0")

Finish:
Gloss

$58.00

Add to Cart

Delivery
Express by 15 November
Standard between 16 – 20 November

TALLDRIVER
JOINED JULY 2018
FOLLOW

PRODUCT
INFO
i

PRODUCT
REVIEWS (6)
★★★★★

AVAILABLE
PRODUCTS
29

ARTIST
NOTES

**Features**

- Available in both High Gloss and Satin
- Gently rounded corners
- Cleanable surface
- Lightweight aluminum is literally infused with the chosen artwork

Sizing Information

X Large
34.3" x 26.7"

Large
30.8" x 24.0"

Medium
20.7" x 20.0"

Small
20.6" x 16.0"

X small
15.4" x 12.0"

# EXHIBIT B

# -

# 19

















# EXHIBIT B

# -

# 20







BASS FISH
Metal Prints

Features

- Available in both High Gloss and Satin
- Gently rounded corners
- Cleanable surface
- Lightweight aluminum is literally infused with the chosen artwork

Sizing Information









Redbubble Ltd [AU]  |  https://www.redbubble.com/people/talldriver/works/32793394-bass-fish?grid_pos=308&p=tapestry&rbs=a3af89bd-c10e-42fb-a6e8-07f686f0c01b&ref=artist_shop_grid

Amazon.com: Pri...    Anna Wetherill Ma...    gwXyrauchen-tex...    SMITHSONIAN Mi...    Control Panel :: A...    gwOncorhynchus...    Digital Map of Me...    Ronald Moore's Ar...

REDBUBBLE

Find your thing

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

Sell Your Art   Log In   Sign Up

30% off select tees & hoodies. Perfect for holiday par-tee season. Use 30TODAY by 11:59pm.

## BASS FISH
Wall Tapestries

SIZE:

Small (60" x 51")

$30.90

Add to Cart

Delivery
Express by 16 November
Standard between 16 - 20 November

PRODUCT INFO
i

PRODUCT REVIEWS (15)
★★★★☆

AVAILABLE PRODUCTS
29

ARTIST NOTES

TALLDRIVER
JOINED JULY 2018

FOLLOW

## Features

* 100% lightweight polyester
* Printed top, finished edge, fine line detail and intense vivid colours
* Cold gentle machine wash, line or tumble dry on low, don't bleach or iron
* Call it a wall tapestry or a wall hanging, it's awesome either way

## Sizing Information






# EXHIBIT B

# -

# 21















REDBUBBLE

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

Find your thing

Sell Your Art   Log In   Sign Up

30% off select tees & hoodies. Perfect for holiday par-tee season. Use 30TODAY by 11:59pm.

## BASS FISH

Cases & Skins for Samsung Galaxy

Model:

Samsung Galaxy S9

Snap   Tough

$25.00

Add to Cart

Delivery
Express by 15 November
Standard between 15 - 19 November

Redbubble Ltd [AU]   |   https://www.redbubble.com/people/talldriver/works/32793394-bass-fish?grid_pos=308&p=tapestry&rbs=a3af89bd-c10e-42fb-a6e8-07f686f0c01b&ref=artist_shop_grid

Amazon.com: Pri...   Anna Wetherill Ma...   gwXyrauchen-tex...   SMITHSONIAN M...   Control Panel :: A...   gwOrcorhynchus...   Digital Map of Me...   Ronald Moore's Ar...

30% off select tees & hoodies. Perfect for holiday par-tee season. Use **30TODAY** by 11:59pm.

## REDBUBBLE

Find your thing

Sell Your Art    Log In    Sign Up

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

## BASS FISH
Wall Tapestries

SIZE:
Small (60" x 51")

**$30.90**

Add to Cart

🚚 **Delivery**
Express by 16 November
Standard between 16 - 20 November

PRODUCT INFO
ℹ️

PRODUCT REVIEWS (15)
★★★★☆

AVAILABLE PRODUCTS
**29**

ARTIST NOTES

**TALLDRIVER**
JOINED JULY 2018

FOLLOW

## Features

- 100% lightweight polyester
- Printed top, finished edge, fine line detail and intense vivid colours
- Cold gentle machine wash, line or tumble dry on low, don't bleach or iron
- Call it a wall tapestry or a wall hanging, it's awesome either way

## Sizing Information







# EXHIBIT B

# -

# 22







BASS FISH

Metal Prints

Smallmouth

Striped

White-striped
hybrid

Largemouth

Spotted

White

## Features

- Available in both High Gloss and Satin
- Gently rounded corners
- Cleanable surface
- Lightweight aluminum is literally infused with the chosen artwork

## Sizing Information

REDBUBBLE   Find your thing

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts









Redbubble Ltd [AU] | https://www.redbubble.com/people/talldriver/works/32793394-bass-fish?grid_pos=308&p=tapestry&rbs=a3af89bd-c10e-42fb-a6e8-07f686f0c01b&ref=artist_shop_grid

REDBUBBLE

Find your thing

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

Sell Your Art   Log In   Sign Up

30% off select tees & hoodies. Perfect for holiday par-tee season. Use 30TODAY by 11:59pm.

## BASS FISH
Wall Tapestries

PRODUCT REVIEWS (15)
★★★★☆

PRODUCT INFO
i

AVAILABLE PRODUCTS
29

ARTIST NOTES

SIZE:
Small (60" x 51")   ▸

$30.90

Add to Cart

🏳 Delivery
Express by 16 November
Standard between 16 - 20 November

TALLDRIVER
JOINED JULY 2018

FOLLOW

## Features

- 100% lightweight polyester
- Printed top, finished edge, fine line detail and intense vivid colours
- Cold gentle machine wash, line or tumble dry on low, don't bleach or iron
- Call it a wall tapestry or a wall hanging, it's awesome either way

## Sizing Information



BASS FISH



BASS FISH

Metal Prints

Size:

Extra Small (15.4" x 12.0")  ▾

Finish:

Gloss  ▾

$58.00

Add to Cart

Delivery
Express by 15 November
Standard between 16 – 20 November

PRODUCT INFO
i

PRODUCT REVIEWS (6)
★★★★★

AVAILABLE PRODUCTS
29

ARTIST NOTES

Features

* Available in both High Gloss and Satin
* Gently rounded corners
* Cleanable surface
* Lightweight aluminum is literally infused with the chosen artwork

Sizing Information

X large
34.3" x 26.7"

Large
30.9" x 24.0"

Medium
20.7" x 20.0"

Small
20.6" x 16.0"

X small
15.4" x 12.0"

REDBUBBLE

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

Find your thing

Sell Your Art   Log In   Sign Up

TALLDRIVER
JOINED JULY 2018

FOLLOW

30% off select tees & hoodies. Perfect for holiday par-tee season. Use 30TODAY by 11:59pm.

# EXHIBIT B

# -

# 23



# EXHIBIT B

# -

# 24



## NEVADA: The Silver State

NEVADA: The Silver State

NEVADA: The Silver State    Forums    General Discussion    Nevada State SYMBOLS

| Overview | Gallery | Writing | Journals | People | Challenges | Forums |

## Moderated: Nevada State SYMBOLS



Arla M. Ruggles
674 posts

about 6 years ago

**Nevada SYMBOLS:**

These images are courtesy of internet sites, and are in the public domain.
They will ultimately be replaced by members' images

State Flag       State Seal

Animal: Desert Bighorn Sheep

Artifact: Tule Duck Decoy



Bird: Mountain Bluebird

Fish: "Lahontan Cutthroat Trout"



Illustration by Joseph R. Tomelleri

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

3

4

The undersigned counsel hereby certifies that the foregoing was filed electronically using the

Court's CM/ECF on February 4, 2021, which generates notice to all parties of record.

5

6

/s/ Scott J. Strohm

7

Scott J. Strohm

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**EXHIBIT B – PART 2 OF 3 TO FIRST AMENDED COMPLAINT [DOC. 20]**