STEVEN H. MUSTOE (*pro hac vice*)
SCOTT J. STROHM (*pro hac vice*)
**EVANS & DIXON, LLC**
10851 Mastin Boulevard, Suite 900
Overland Park, KS 66210
Telephone: 913.701.6810 | F: 913.341.2293
copyright@evans-dixon.com

R. JEREMY ADAMSON (Bar No. 251380)
**KUNZLER BEAN & ADAMSON, PC**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (619) 365-9110
jadamson@kba.law

*Attorneys for Plaintiff Joseph Tomelleri*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>          Plaintiff,<br><br>   v.<br><br>REDBUBBLE, INC., et. al.<br><br>          Defendants. | No.  4:20-cv-5879-KAW<br><br>**EXHIBIT B – PART 3 OF 3 TO FIRST AMENDED COMPLAINT [DOC. 20]** |

Dated: February 4, 2021

Respectfully submitted,

**EVANS & DIXON, LLC**

/s/ Scott J. Strohm_____
SCOTT J. STROHM (admitted *pro hac vice*)

*Attorney for Plaintiff Joseph Tomelleri*

1

**EXHIBIT B – PART 3 OF 3 TO FIRST AMENDED COMPLAINT [DOC. 20]**

# EXHIBIT B

-

# 25





82. Black bullhead, p. 117
*Ictalurus melas*

CATFISH

SALMON

PIKE

SWEET WATER







# EXHIBIT B

-

# 26





# EXHIBIT B

-

# 27







# EXHIBIT B

# -

# 28





REDBUBBLE

Fish Sturgeon Christmas Lights Funny Fishermen Case & Skin for Samsung Galaxy

Designed by HumbaHarry

$25.25

Model

Samsung Galaxy S10

Case Style

Snap Case

Add to cart

Delivery

Express by 14 August

Standard between 14 - 18 August

# EXHIBIT B

# -

# 29









# EXHIBIT B

# -

# 30

































① https://www.redbubble.com/people/outdooraddix/works/6637637-walleye-silhouette-blank-greeting-card?card_size=4x6&grid_pos=50&p=greeting-card&r... ☆

es   a  Amazon.com: Prime...   ☐ Anna Wetherill Mason   ☐ gwXyrauchen-texan...   G  SMITHSONIAN MISC...   ☐ Control Panel :: Admi..   ☐ gwOncorhynchus-ag...   »  ☐ O

12 Days of Promos: **25% off** Mugs. Use code **DAYTWO**                    Log In    Sign Up

**REDBUBBLE**          Q  Search products, artworks and themes                    🛒

Men's      Women's      Kids & Babies      Device Cases      Stickers      Wall Art      Home Decor      Stationery      Bags      Gifts



### Walleye Silhouette - Blank Greeting Card

Greeting Cards

♥  ↗

**Size:**

4" x 6" Greeting Card          ▼

## $2.⁴⁰

*Buy any 8 and get 20% off, buy any 16 and get 30% off*

**Add to Cart**

🇺🇸 Delivery
Express by 7 December
Standard between 8 - 12 December





**Marcia Rubin**
CHAGRIN FALLS, UNITED STATES

**FOLLOW**

PRODUCT INFO
*i*

PRODUCT REVIEWS (24)
★★★★

ARTIST NOTES
≡

## Sizing Information



## Features

- Custom printed for pretty much every special thing there is
- Digitally printed cards on heavyweight stock
- Uncoated blank interior provides a superior writing surface
- Each card comes with a kraft envelope for mailing or gifting









REDBUBBLE

wallleye

Clothing   Stickers   Device Cases   Wall Art   Home Decor   Kids & Babies   Accessories   Stationery   Gifts

Sell your art   Login   Signup

Walleye Silhouette - Blank Greeting Card Postcard

Designed by Marcia Rubin

$2.29

Buy any 3 and get 20% off
Buy any 10 and get 30% off
Buy any 50 and get 35% off

Add to cart

View size guide

Delivery
Express by 16 July
Standard between 17 - 19 July

STAMP ME



# EXHIBIT B

-

# 31



REDBUBBLE

Clothing · Stickers · Masks · Phone Cases · Wall Art · Home & Living · Kids & Babies · Accessories · Stationery · Gifts · Explore designs

Search designs and products

Trout Swimming iPad Case & Skin
Designed by Urbaun

$45.46

Model
iPad 4/3/2

Case Style
Snap Case

Add to cart

Delivery
Express by 14 August
Standard between 14 - 18 August

Sell your art   Login   Signup





# EXHIBIT B

# -

# 32









# EXHIBIT B

# -

# 33



REDBUBBLE

Clothing   Stickers   Masks   Phone Cases   Wall Art   Home & Living   Kids & Babies   Accessories   Stationery   Gifts   Explore designs

Search designs and products

Fish Pattern (Pastel Multicolor) Mask

Designed by danibeez

$12.49

$9.99 when you buy 4+

Masks sold on Redbubble are for general public use only and are not intended for use in medical settings. More legal info here.

Type

Mask

Size

Regular

Add to cart

View size guide

Delivery







# EXHIBIT B

# -

# 34



Funny Flathead Catfish Fishing
Freshwater Fish Essential T-Shirt
Designed by Kelly Adams

$21.55

Size

S   M   L   XL   2XL

Print Location

Front   Back

Add to cart

View size guide

Delivery
Express by 2 February
Standard between 4 – 8 February











# EXHIBIT B

# -

# 35















REDBUBBLE

Search designs and products

Clothing   Stickers   Masks   Phone Cases   Wall Art   Home & Living   Kids & Babies   Accessories   Stationery   Gifts   Explore designs

Sell your art   Login   Signup

## Anne of Aquarium iPad Case & Skin
Designed by Flanzella

**$45.46**

Model

iPad 4/3/2

Case Style

Snap Case

Add to cart

Delivery
Express by 14 August
Standard between 14 - 18 August

# EXHIBIT B

## -

## 36















# EXHIBIT B

# -

# 37













# EXHIBIT B

-

# 38















# EXHIBIT B

# -

# 39















# EXHIBIT B

# -

# 40









# EXHIBIT B

# -

# 41















# EXHIBIT B

# -

# 42







# EXHIBIT B

-

# 43





# EXHIBIT B

-

# 44

# Trout Species Dish Graphic

by FlyLifeApparel

All your favorite trout in one graphic!





**FlyLifeApparel**
39 designs









# EXHIBIT B

# -

# 45





# EXHIBIT B

-

# 46



# Types Of Freshwater Fish Species Fishing Sticker

Designed by howtotails

## $3.08

**$2.31 when you buy 4+**
$1.54 when you buy 10+

**Finish**

Transparent

**Size**

Small (3 x 4 in)

🛒 Add to cart

🖼 View size guide

**Delivery**

Express by 2 February

Standard between 4 - 8 February

## Reviews

⭐⭐⭐⭐⭐
⭐⭐⭐⭐☆
⭐⭐⭐☆☆
⭐⭐☆☆☆
⭐☆☆☆☆

## Features

- Decorate windows, personalize water bottles, or stick 'em wherever
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant





# EXHIBIT B

# -

# 47



# Types Of Freshwater Fish Species Fishing Sticker

Designed by howtotails

## $3.08

$2.31 when you buy 4+
$1.54 when you buy 10+

**Finish**

Transparent

**Size**

Small (3 x 4 in)

🛒 Add to cart

📐 View size guide

**Delivery**

Express by 2 February

Standard between 4 - 8 February

**Reviews**

⭐⭐⭐⭐⭐
⭐⭐⭐⭐
⭐⭐⭐
⭐⭐
⭐

**Features**

- Decorate windows, personalize water bottles, or stick 'em wherever
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant





# EXHIBIT B

# -

# 48





# fishing angler fish pike perch carp

by JdPerchhunter

fishing, fish, nature, hunting, usa, camping, fisherman, hiking, water, america, lake, outdoors, summer, trees, american, animals, boat, fun... Read more

Comments

Shop 63 products

JdPerchhunter
1059 designs

REDBUBBLE

Clothing   Stickers   Masks   Phone Cases   Wall Art   Home & Living   Kids & Babies   Accessories   Stationery   Gifts   Explore designs

Search designs and products

Sell your art   Login   Sign up



REDBUBBLE

Clothing   Stickers   Masks   Phone Cases   Wall Art   Home & Living   Kids & Babies   Accessories   Stationery   Gifts   Explore designs

Search designs and products

Sell your art   Login

fishing angler fish pike perch carp
Classic T-Shirt
Designed by JdPerchhunter

$19.90

Size          ⊞ Size Guide

Choose a size

Print Location

Front   Back

🛒 Add to cart

Fit Guide

Female model is wearing size Small. Standard fit, order a
size down if you prefer less oversized.



# EXHIBIT B

—

# 49





# fishing angler fish pike perch carp

by **JdPerchhunter**

fishing, fish, nature, hunting, usa, camping, fisherman, hiking, water, america, lake, outdoors, summer, trees, american, animals, boat, fun....**Read more**

**Shop 63 products**       Comments





JdPerchunter

love, cute, happy, fun, funny, girl, sticker

Shop all products ›

fishing angler fish pike perch carp

Shop all products ›

JdPerchunter

fishing angler fish pike perch carp

Shop all products ›

JdPerchunter

love, cute, happy, fun, funny, girl, sticker

Shop all products ›

fishing angler fish pike perch carp

Shop all products ›

fishing angler fish pike perch carp

Shop all products ›

JdPerchunter

fishing angler fish pike perch carp

Shop all products ›

# EXHIBIT B

# -

# 50



BLACK CRAPPIE MATTER
FISHING SHIRT Lightweight
Sweatshirt

Designed by TinaRoger

$34.85

Size

XS | S | M

Print Location

Front

Add to cart

View size guide

Delivery

Express by 4 February

Standard between 8 - 10 February



# EXHIBIT B

# -

# 51





1

2

**<u>CERTIFICATE OF SERVICE</u>**

3

The undersigned counsel hereby certifies that the foregoing was filed electronically using the

4

Court's CM/ECF on February 4, 2021, which generates notice to all parties of record.

5

6

/s/ Scott J. Strohm

7

Scott J. Strohm

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**EXHIBIT B – PART 3 OF 3 TO FIRST AMENDED COMPLAINT [DOC. 20]**