KENNETH B. WILSON (SBN 130009)
 ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
 jmasur@zuberlawler.com
FRANCESCA M.S. GERMINARIO (SBN 326208)
 fgerminario@zuberlawler.com
ZUBER LAWLER LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

HEMING XU  (SBN 302461)
 hxu@zuberlawler.com
ZUBER LAWLER LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile:  (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>          Plaintiff,<br><br>   v.<br><br>REDBUBBLE, INC., et al.,<br><br>          Defendant. | Case No. 4:20-cv-05879-KAW<br><br>**DEFENDANT REDBUBBLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Defendant Redbubble Inc. ("Redbubble") hereby submits this Answer to the First Amended Complaint of plaintiff Joseph R. Tomelleri ("Plaintiff" or "Tomelleri"), on personal knowledge as to its own activities and on information and belief as to the activities of others, as follows.

## RESPONSE TO SPECIFIC ALLEGATIONS

1.    Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 1 of the Complaint and on that basis denies those allegations.

2.    Redbubble admits the allegations of Paragraph 2 of the Complaint.

3.    Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 3 of the Complaint and on that basis denies those allegations.

4.    Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 4 of the Complaint and on that basis denies those allegations.

5.    Answering the allegations of Paragraph 5 of the Complaint, Redbubble expressly denies that it has itself used any third-party manufacturer to produce products. Excepts as thus expressly admitted, Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 5 of the Complaint and on that basis denies those allegations.

6.    Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 6 of the Complaint and on that basis denies those allegations.

7.    Answering the allegations of Paragraph 7 of the Complaint, Redbubble admits that this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338. Except as thus expressly admitted, Redbubble denies the allegations of Paragraph 7.

8.    Redbubble admits the allegations of Paragraph 8 of the Complaint.

9.    Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 9 of the Complaint and on that basis denies those allegations.

10.    Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 10 of the Complaint and on that basis denies those allegations.

11.    Answering the allegations of Paragraph 11of the Complaint, Redbubble admits that venue is proper in this district as to Redbubble. Except as thus expressly admitted, Redbubble

1   lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 11 of the

2   Complaint and on that basis denies those allegations.

3        12.     Redbubble lacks knowledge or information sufficient to admit or deny the

4   allegations of Paragraph 12 of the Complaint and on that basis denies those allegations.

5        13.     Redbubble lacks knowledge or information sufficient to admit or deny the

6   allegations of Paragraph 13 of the Complaint and on that basis denies those allegations.

7        14.     Redbubble lacks knowledge or information sufficient to admit or deny the

8   allegations of Paragraph 14 of the Complaint and on that basis denies those allegations.

9        15.     Redbubble lacks knowledge or information sufficient to admit or deny the

10  allegations of Paragraph 15 of the Complaint and on that basis denies those allegations.

11       16.     Redbubble lacks knowledge or information sufficient to admit or deny the

12  allegations of Paragraph 16 of the Complaint and on that basis denies those allegations.

13       17.     Redbubble lacks knowledge or information sufficient to admit or deny the

14  allegations of Paragraph 17 of the Complaint and on that basis denies those allegations.

15       18.     Redbubble lacks knowledge or information sufficient to admit or deny the

16  allegations of Paragraph 18 of the Complaint and on that basis denies those allegations.

17       19.     Redbubble lacks knowledge or information sufficient to admit or deny the

18  allegations of Paragraph 19 of the Complaint and on that basis denies those allegations.

19       20.     Redbubble lacks knowledge or information sufficient to admit or deny the

20  allegations of Paragraph 20 of the Complaint and on that basis denies those allegations.

21       21.     Redbubble lacks knowledge or information sufficient to admit or deny the

22  allegations of Paragraph 21 of the Complaint and on that basis denies those allegations.

23       22.     Redbubble lacks knowledge or information sufficient to admit or deny the

24  allegations of Paragraph 22 of the Complaint and on that basis denies those allegations.

25       23.     Answering the allegations of Paragraph 23 of the Complaint, Redbubble admits

26  that it operates an online Marketplace at www.redbubble.com. Except as thus expressly admitted,

27  Redbubble denies the allegations of Paragraph 23.

28       24.     Redbubble denies the allegations of Paragraph 24 of the Complaint.

1    25.    Redbubble denies the allegations of Paragraph 25 of the Complaint.

2    26.    Answering the allegations of Paragraph 26 of the Complaint, Redbubble admits

3 that it does not develop or purchase content offered through the Redbubble Marketplace, and that

4 it allows registered users to upload digital images through Redbubble's website to servers under

5 the possession, custody or control of Redbubble. Except as thus expressly admitted, Redbubble

6 denies the allegations of Paragraph 26.

7    27.    Redbubble denies the allegations of Paragraph 27 of the Complaint.

8    28.    Redbubble admits the allegations of Paragraph 28 of the Complaint.

9    29.    Answering the allegations of Paragraph 29 of the Complaint, Redbubble admits

10 that it receives a service fee related to users' sale of products through the Redbubble Marketplace.

11 Except as thus expressly admitted, Redbubble denies the allegations of Paragraph 29.

12    30.    Redbubble denies the allegations of Paragraph 30 of the Complaint.

13    31.    Answering the allegations of Paragraph 31 of the Complaint, Redbubble admits

14 that users may upload designs to the Redbubble Marketplace, which is hosted on Redbubble's

15 servers. Except as thus expressly admitted, Redbubble denies the allegations of Paragraph 31.

16    32.    Redbubble denies the allegations of Paragraph 32.

17    33.    Redbubble denies the allegations of Paragraph 33 of the Complaint.

18    34.    Redbubble denies the allegations of Paragraph 34 of the Complaint.

19    35.    Redbubble denies the allegations of Paragraph 35 of the Complaint.

20    36.    Answering the allegations of Paragraph 36 of the Complaint, Redbubble admits

21 that it provides tools that enable users to upload designs and create stores on the Redbubble

22 Marketplace. Except as thus expressly admitted, Redbubble denies the allegations of

23 Paragraph 36.

24    37.    Redbubble denies the allegations of Paragraph 37 of the Complaint.

25    38.    Redbubble denies the allegations of Paragraph 38 of the Complaint.

26    39.    Redbubble denies the allegations of Paragraph 39 of the Complaint.

27    40.    Redbubble denies the allegations of Paragraph 40 of the Complaint.

28    41.    Redbubble denies the allegations of Paragraph 41 of the Complaint.

1      42.     Answering the allegations of Paragraph 42 of the Complaint, Redbubble admits

2  that its parent company, Redbubble Limited, owns U.S. Trademark Registration No. 4,782,482,

3  the terms of which speak for itself. Except as thus expressly admitted, Redbubble denies the

4  allegations of Paragraph 42.

5      43.     Redbubble denies the allegations of Paragraph 43 of the Complaint.

6      44.     Answering the allegations of Paragraph 44 of the Complaint, Redbubble denies that

7  it used Plaintiff's illustrations in any way. Except as thus expressly denied, Redbubble lacks

8  knowledge or information sufficient to admit or deny the allegations of Paragraph 44 and on that

9  basis denies those allegations.

10      45.     Redbubble denies the allegations of Paragraph 45 of the Complaint.

11      46.     Redbubble denies the allegations of Paragraph 46 of the Complaint.

12      47.     Answering the allegations of Paragraph 47 of the Complaint, Redbubble admits

13  that Redbubble users upload and reproduce designs onto the Redbubble Marketplace, thus

14  displaying them on the Redbubble Marketplace to advertise their products. Except as thus

15  expressly admitted, Redbubble lacks knowledge or information sufficient to admit or deny the

16  allegations of Paragraph 47 and on that basis denies those allegations.

17      48.     Redbubble denies the allegations of Paragraph 48 of the Complaint.

18      49.     Redbubble lacks knowledge or information sufficient to admit or deny the

19  allegations of Paragraph 49 of the Complaint and on that basis denies those allegations.

20      50.     Redbubble denies the allegations of Paragraph 50 of the Complaint.

21      51.     Redbubble denies the allegations of Paragraph 51 of the Complaint.

22      52.     Redbubble denies the allegations of Paragraph 52 of the Complaint.

23      53.     Redbubble denies the allegations of Paragraph 53 of the Complaint.

24      54.     Redbubble denies the allegations of Paragraph 54 of the Complaint.

25      55.     Redbubble denies the allegations of Paragraph 55 of the Complaint.

26      56.     Redbubble denies the allegations of Paragraph 56 of the Complaint.

27      57.     Redbubble denies the allegations of Paragraph 57 of the Complaint.

28      58.     Redbubble denies the allegations of Paragraph 58 of the Complaint.

DEFENDANT REDBUBBLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT

2911-1007 / 1754000

59. Redbubble denies the allegations of Paragraph 59 of the Complaint.

60. Redbubble denies the allegations of Paragraph 60 of the Complaint.

61. Redbubble denies the allegations of Paragraph 61 of the Complaint.

62. Answering the allegations of Paragraph 62 of the Complaint, Redbubble admits that it has the right to remove online stores from the Marketplace and can choose to feature particular online stores. Except as thus expressly admitted, Redbubble denies the allegations of Paragraph 62.

63. Answering the allegations of Paragraph 63 of the Complaint, Redbubble admits that it has the right to change the terms of its User Agreement. Except as thus expressly admitted, Redbubble denies the allegations of Paragraph 63.

64. Redbubble denies the allegations of Paragraph 64 of the Complaint.

65. Redbubble denies the allegations of Paragraph 65 of the Complaint.

66. Redbubble denies the allegations of Paragraph 66 of the Complaint.

67. Redbubble denies the allegations of Paragraph 67 of the Complaint.

68. Redbubble denies the allegations of Paragraph 68 of the Complaint.

69. Redbubble denies the allegations of Paragraph 69 of the Complaint.

70. Redbubble denies the allegations of Paragraph 70 of the Complaint.

71. Redbubble denies the allegations of Paragraph 71 of the Complaint.

72. Redbubble denies the allegations of Paragraph 72 of the Complaint.

73. Redbubble denies the allegations of Paragraph 73 of the Complaint.

## FIRST CAUSE OF ACTION

### (Against Redbubble)

74. Answering the allegations of Paragraph 74 of the Complaint, Redbubble incorporates the responses set forth in Paragraph 1-55 of this Answer as if fully set forth herein.

75. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 75 of the Complaint and on that basis denies those allegations

76. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 76 of the Complaint and on that basis denies those allegations.

2911-1007 / 1754000

1   77.   Redbubble denies the allegations of Paragraph 77 of the Complaint.

2   78.   Redbubble denies the allegations of Paragraph 78 of the Complaint.

3   79.   Redbubble denies the allegations of Paragraph 79 of the Complaint.

4   80.   Redbubble denies the allegations of Paragraph 80 of the Complaint.

5   81.   Redbubble denies the allegations of Paragraph 81 of the Complaint.

6   82.   Redbubble denies the allegations of Paragraph 82 of the Complaint.

7   83.   Redbubble denies the allegations of Paragraph 83 of the Complaint.

8   84.   Redbubble lacks knowledge or information sufficient to admit or deny the

9   allegations of Paragraph 84 of the Complaint and on that basis denies those allegations.

10   85.   Redbubble denies the allegations of Paragraph 85 of the Complaint.

11   86.   Redbubble denies the allegations of Paragraph 86 of the Complaint.

12   87.   Redbubble denies the allegations of Paragraph 87 of the Complaint.

13   88.   Redbubble denies the allegations of Paragraph 88 of the Complaint.

14   **SECOND CAUSE OF ACTION**

15   **(Against "Member Defendants")**

16   89.   Answering the allegations of Paragraph 89 of the Complaint, Redbubble

17   incorporates the responses set forth in Paragraph 1-55 of this Answer as if fully set forth herein.

18   90.   Redbubble lacks knowledge or information sufficient to admit or deny the

19   allegations of Paragraph 90 of the Complaint and on that basis denies those allegations.

20   91.   Redbubble lacks knowledge or information sufficient to admit or deny the

21   allegations of Paragraph 91 of the Complaint and on that basis denies those allegations.

22   92.   Redbubble admits the allegations of Paragraph 92 of the Complaint.

23   93.   Redbubble denies the allegations of Paragraph 93 of the Complaint.

24   94.   Redbubble denies the allegations of Paragraph 94 of the Complaint.

25   95.   Redbubble denies the allegations of Paragraph 95 of the Complaint.

26   96.   Redbubble denies the allegations of Paragraph 96 of the Complaint.

27   97.   Redbubble lacks knowledge or information sufficient to admit or deny the

28   allegations of Paragraph 97 of the Complaint and on that basis denies those allegations.

98.     Redbubble denies the allegations of Paragraph 98 of the Complaint.

99.     Redbubble denies the allegations of Paragraph 99 of the Complaint.

100.    Redbubble denies the allegations of Paragraph 100 of the Complaint.

101.    Redbubble denies the allegations of Paragraph 101 of the Complaint.

### THIRD CAUSE OF ACTION

### (Against "Defendant Manufacturer")

102.    Answering the allegations of Paragraph 102 of the Complaint, Redbubble incorporates the responses set forth in Paragraph 1-55 of this Answer as if fully set forth herein.

103.    Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 103 of the Complaint and on that basis denies those allegations.

104.    Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 104 of the Complaint and on that basis denies those allegations.

105.    Redbubble denies the allegations of Paragraph 105 of the Complaint.

106.    Redbubble denies the allegations of Paragraph 106 of the Complaint.

107.    Redbubble denies the allegations of Paragraph 107 of the Complaint.

108.    Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 108 of the Complaint and on that basis denies those allegations.

109.    Redbubble denies the allegations of Paragraph 98 of the Complaint.

110.    Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 110 of the Complaint and on that basis denies those allegations.

111.    Redbubble denies the allegations of Paragraph 111 of the Complaint.

112.    Redbubble denies the allegations of Paragraph 112 of the Complaint.

### FOURTH CAUSE OF ACTION

### (Vicarious Copyright Infringement Against Redbubble)

113.    Answering the allegations of Paragraph 113 of the Complaint, Redbubble incorporates the responses set forth in Paragraph 1-73 of this Answer as if fully set forth herein.

114.    Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 114 of the Complaint and on that basis denies those allegations.

115.    Redbubble denies the allegations of Paragraph 115 of the Complaint, and specifically denies that the Complaint alleges any specific infringing acts.

116.    Redbubble denies the allegations of Paragraph 116 of the Complaint.

117.    Redbubble denies the allegations of Paragraph 117 of the Complaint.

118.    Redbubble denies the allegations of Paragraph 118 of the Complaint.

## AFFIRMATIVE DEFENSES

Without admitting or acknowledging that it bears any burden of proof as to any of them, Redbubble asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

119.    The Complaint, and each cause of action therein, fails to state facts sufficient to state a claim on which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

### (Failure to Provide Notice)

120.    Plaintiff's secondary infringement claims are barred, in whole or in part, because Plaintiff failed to provide proper notice of the alleged infringement, which is Plaintiff's burden to prove.

### THIRD AFFIRMATIVE DEFENSE

### (Lack of Knowledge of Specific Infringement)

121.    Plaintiff's secondary infringement claims are barred, in whole or in part, because Redbubble lacked actual, specific and/or contemporary knowledge of the alleged infringement.

### FOURTH AFFIRMATIVE DEFENSE

### (DMCA Section 512(c))

122.    Plaintiff is barred from obtaining monetary or broad injunctive relief on its copyright infringement claim because Redbubble has complied with and is entitled to protection of the safe harbor provisions of Section 512(c) of the Digital Millennium Copyright Act.

**FIFTH AFFIRMATIVE DEFENSE**

**(Fair Use)**

123.    Plaintiff's claims are barred, in whole or in part, because at least certain of the allegedly infringing uses of Plaintiff's asserted copyright(s) were fair uses.

**SIXTH AFFIRMATIVE DEFENSE**

**(Protected Speech)**

124.    Plaintiff's claims are barred, in whole or in part, because at least certain of the allegedly infringing uses of Plaintiff's asserted copyrighted work(s) were protected speech under the First Amendment of the United States Constitution and the California Constitution.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

125.    Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to mitigate its alleged damages.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

126.    Plaintiff's claims are barred, in whole or in part, under the doctrine of unclean hands.

**NINTH AFFIRMATIVE DEFENSE**

**(Laches/Statute of Limitations)**

127.    Plaintiff's claims are barred, in whole or in part, under the doctrine of laches and/or the relevant statute of limitations.

**TENTH AFFIRMATIVE DEFENSE**

**(Waiver)**

128.    Plaintiff's claims are barred, in whole or in part, under the equitable doctrines of waiver, acquiescence and/or estoppel.

2911-1007 / 1754000

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Misuse)**

129.    Plaintiff's claims are barred, in whole or in part, because Plaintiff has misused its copyrights by enforcing and/or attempting to enforce them beyond their lawful scope.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Conduct of Third Parties)**

130.    Plaintiff's claims are barred, in whole or in part, because the actions complained of, to the extent they occurred, were the result of the conduct of third-parties.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Unilateral Proactive Conduct)**

131.    Plaintiff's claims are barred, in whole or in part, because Redbubble has implemented screening procedures to identify remove potentially infringing items as soon as reasonably practical, although Redbubble is under no legal obligation to do so.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Reasonable Steps)**

132.    Plaintiff's claims are barred, in whole or in part, because Defendant has taken all reasonable steps to remove all items from its website as soon as practical after being made aware of such alleged infringement and/or prohibited use by Plaintiff.

**PRAYER FOR RELIEF**

WHEREFORE, Redbubble requests entry of judgment in its favor and against Plaintiff on Plaintiff's Complaint as follows:

A.    Directing that Plaintiff take nothing by way of its Complaint and dismissing Plaintiff's Complaint with prejudice;

B.    Declaring that Plaintiff's asserted copyrights are invalid, unenforceable and/or not infringed by Redbubble;

2911-1007 / 1754000

DEFENDANT REDBUBBLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT

1       C.      Awarding Redbubble its costs of suit, including reasonable attorneys' fees;

2       D.      Granting any and all other relief that the Court deems just and proper.

Dated:  February 16, 2021.         COASTSIDE LEGAL
KENNETH B. WILSON

ZUBER LAWLER  LLP

JOSHUA M. MASUR
FRANCESCA M.S. GERMINARIO
HEMING XU

By:  */s/ Kenneth B. Wilson*
Kenneth B. Wilson
Attorneys for Defendant
REDBUBBLE INC.

1

## DEMAND FOR JURY TRIAL

2          Pursuant to Rule 38 of the Federal Rules of Civil Procedure, defendant Redbubble requests

3   a trial by jury of any issues so triable.

4

5   Dated:  February 16, 2021.                    COASTSIDE LEGAL
                                                  KENNETH B. WILSON
6
                                                  ZUBER LAWLER  LLP
7
                                                  JOSHUA M. MASUR
8                                                 FRANCESCA M.S. GERMINARIO
                                                  HEMING XU
9

10                                                By:  */s/ Kenneth B. Wilson*_____
                                                       Kenneth B. Wilson
11                                                     Attorneys for Defendant
                                                       REDBUBBLE INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28