1  KENNETH B. WILSON (SBN 130009)
      *ken@coastsidelegal.com*

2  COASTSIDE LEGAL
   455 1ˢᵗ Avenue

3  Half Moon Bay, California 94019
   Telephone: (650) 440-4211

4

5  JOSHUA M. MASUR (SBN 203510)
      *jmasur@zuberlawler.com*

6  ZUBER LAWLER   LLP
   2000 Broadway Street, Suite 154

7  Redwood City, California 94063
   Telephone: (213) 596-5620

8  Facsimile: (213) 596-5621

9  Attorneys for Defendant
   Redbubble Inc.

10

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13                    **OAKLAND DIVISION**

14

15  JOSEPH R. TOMELLERI,                 Case No. 4:20-cv-05879-KAW

16                  Plaintiff,
                                          **NOTICE OF WITHDRAWAL OF**
17        v.                              **ATTORNEYS JOSHUA M. MASUR AND**
                                          **FRANCESCA M.S. GERMINARIO AS**
18  REDBUBBLE, INC., et al.,              **COUNSEL OF RECORD FOR**
                                          **DEFENDANT REDUBBLE INC.**
19                  Defendant.

20

21

22        TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL:

23        PLEASE TAKE NOTICE that attorneys Joshua M. Masur (State Bar No. 203510) of

24  Zuber Lawler LLP and Francesca M.S. Germinario (State Bar No.326208), formerly of Zuber

25  Lawler LLP have withdrawn as counsel for defendant Redbubble Inc. in the above-referenced

26  matter.

27

28

2911-1007 / 1935400.1

1        It is requested that Joshua M. Masur and Francesca M.S. Germinario be removed from the

2   docket of this case.  Attorney Kenneth B. Wilson (State Bar No. 130009) of Coastside Legal will

3   continue to represent defendant Redbubble Inc. in this matter.

4

5   Dated:  December 22, 2021.          Respectfully submitted,

6             ZUBER LAWLER LLP

7             JOSHUA M. MASUR

8

9             By:  */s/ Joshua M. Masur*

10                 Joshua M. Masur
                   Attorneys for Defendant
                   Redbubble Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2911-1007 / 1935400.1

NOTICE OF WITHDRAWAL OF ATTORNEYS