STEVEN H. MUSTOE (*pro hac vice*)
SCOTT J. STROHM (*pro hac vice*)
EVANS & DIXON, LLC
10851 Mastin Boulevard, Suite 900
Overland Park, KS 66210
Telephone: 913.701.6810 | F: 913.341.2293
copyright@evans-dixon.com

R. JEREMY ADAMSON (BAR NO. 251380)
KUNZLER BEAN & ADAMSON, PC
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (619) 365-9110
jadamson@kba.law

Attorneys for Plaintiff Joseph Tomelleri

KENNETH B. WILSON (SBN 130009)
 ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

Attorneys for Defendant REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>*Plaintiff,*<br><br>v.<br><br>REDBUBBLE, INC., et al.,<br><br>*Defendants.* | Case No. 4:20-cv-05879-KAW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff and Defendant, by and through their undersigned counsel, that all claims asserted, or that could have been asserted, by the parties in the above-entitled action may be and hereby are dismissed with prejudice, without costs or

disbursements to any party, and that a judgment of dismissal with prejudice may be entered in the above-captioned action pursuant to this stipulation of dismissal with prejudice. Each party to bear its own costs and attorney fees.

Dated: March 25, 2021                    Respectfully submitted,

**EVANS & DIXON, LLC**
SCOTT J. STROHM

By:   */s/ Scott J. Strohm*
Attorneys for Plaintiff
JOSEPH R. TOMELLERI

**With consent and approval of:**

Dated: March 25, 2021                    **COASTSIDE LEGAL**
KENNETH B. WILSON

By:   */s/ Kenneth B. Wilson*
Attorneys for Defendant
REDBUBBLE INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's ECF system on March 25, 2022 on all counsel of record.

/s/ Scott J. Strohm_____

Counsel for Plaintiff